FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2020 NOV 19 PM 5:13

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 3:20-cr-150-J-20JRK
    18 U.S.C. § 115
BRIAN CHRISTOPHER KING   18 U.S.C. § 875

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 20, 2020, in the Middle District of Florida, and elsewhere, the defendant,

BRIAN CHRISTOPHER KING

threatened to assault and murder a United States Senator with intent to retaliate against the Senator on account of the Senator's performance of official duties, with the intent to communicate threats that would place a reasonable person in fear of being assaulted and murdered, and with the knowledge that the threats would place a reasonable person in fear of being assaulted and murdered.

All in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

## COUNT TWO

On or about March 20, 2020, in the Middle District of Florida, and elsewhere, the defendant,

BRIAN CHRISTOPHER KING

knowingly did transmit in interstate commerce from the State of Florida to the District of Columbia telephonic communications that contained threats to injure the person of another, with the intent to communicate threats that would place a reasonable person in fear of being injured, and with the knowledge that the threats would place a reasonable person in fear of being injured.

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL,

*/s/ Jena Bordio*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Michael J. Coolican*
MICHAEL J. COOLICAN
Assistant United States Attorney

By: */s/ Kelly S. Karase*
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
10/28/20 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BRIAN CHRISTOPHER KING

## INDICTMENT

Violations:  Ct. 1: 18 U.S.C. § 115(a)(1)(B)
             Ct 2:  18 U.S.C. § 875(c)

A true bill,

_____
Foreperson

Filed in open court this 19th day

of November, 2020.

_____
Clerk

Bail  $ _____

GPO 863 525