# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                                          Case No.   3:20-cr-150-J-20JRK

**BRIAN CHRISTOPHER KING**                                        Defense Atty: Mark Rosenblum, Esquire
                                                                                                AUSA: Michael Coolican, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 11/23/2020<br>2:06 p.m. – 2:26 p.m.<br>Recess<br>2:37 p.m. – 2:53 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | Jim Haskett |

## CLERK'S MINUTES

**PROCEEDINGS:**              **INITIAL APPEARANCE/BOND**

Court requested presence of counsel for possible appointment. Mark Rosenblum is present.

Defendant arrested today by the FBI on a warrant out of Jacksonville, Florida.

Defendant advised of rights, charges, penalties, and special assessment.

Defendant seeks court appointed counsel. Defendant placed under oath and questioned regarding financial condition. Court determined that Defendant may have sufficient resources to retain counsel. Government agrees. **Order to enter.**

Government's oral motion for bond is **GRANTED.**

**BOND SET: $10,000.00 Unsecured Appearance Bond**

**Order Setting Conditions of Release to enter.**

Status of counsel and arraignment set for **Thursday, December 3, 2020, at 1:00 p.m.**